# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

————————

m 99-10920

————————

JOE D. WHEELER,

Plaintiff-Appellant,

VERSUS

RAYTHEON E-SYSTEMS, INC.,
FORMERLY KNOWN AS E-SYSTEMS, INC.;
E-SYSTEMS, INC., SALARIED RETIREMENT TRUST;
E-SYSTEMS SALARIED RETIREMENT PLAN;
E-SYSTEMS, INC., VOLUNTARY SEVERANCE PLAN (GREENVILLE),

Defendants-Appellees.

————————————

Appeal from the United States District Court
for the Northern District of Texas

————————————

May 4, 2000

Before POLITZ, SMITH, and DENNIS,
    Circuit Judges.

PER CURIAM:[*]

   We have reviewed the briefs and applicable law and pertinent portions of the record and have heard the arguments of counsel. We conclude that the district court committed no reversible error in entering a judgment of dismissal. A judgment can be affirmed on any basis that appears in the record, irrespective of the basis relied on by the district court. The defendants presented a number of possible grounds for dismissal here.

   AFFIRMED.

————————————

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.